# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:18-00239-N |
| | ) |
| AUSTAL USA, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter came before the undersigned on March 12, 2019 on the following: Motion to Stay Dispositive Deadline (Doc. 46), filed March 4, 2019 and Plaintiff's Motion to Amend Complaint (Doc. 44), filed February 27, 2019. Present at the hearing were Henry Brewster, Esq., counsel for Plaintiff and Kristin Taylor Parsons, Esq., counsel for Defendant. Temple Trueblood, Esq., counsel for Plaintiff participated telephonically.

Plaintiff's Motion to Amend Complaint (Doc. 44)

Plaintiff has filed a motion to amend the complaint to include additional claims based on a deposition taken in late February 2019. Defendant objects to the motion. A briefing schedule has been previously entered (doc. 45 ) but the parties request an extension of the deadlines to pursue a Magistrate Judge led settlement conference.

The request to extend the briefing schedule is granted. The deadline for

Defendant's response is extended to **March 28, 2019** and any reply by Plaintiff should be filed by **April 5, 2019.**

Motion to Stay Dispositive Deadline (Doc. 46)

The parties jointly moved to extend the dispositive motions deadline on the grounds, in sum, that a settlement conference has been scheduled before Magistrate Judge Murray on March 21, 2019. Upon consideration, the motion is GRANTED. The deadline for dispositive motions is hereby extended to **April 26, 2019.**

All remaining deadlines in the Rule 16 Scheduling order, including pretrial and trial dates, are unaffected by this order and remain as previously set. (*See* Doc. 25)

Done this the 13th day of March 2019.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**